UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x

FRANK SENIOR, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

    Plaintiffs,

    v.

KLINGENSTEIN, FIELDS & CO., L.P.,

    Defendant.

----------------------------------------x

No.: 1:22-cv-7239

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), FRANK SENIOR, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, KLINGENSTEIN, FIELDS & CO., L.P., with prejudice and without fees and costs.

Dated: New York, New York
       October 10, 2022

                                       **GOTTLIEB & ASSOCIATES**

                                       /s/Michael A. LaBollita, Esq.

                            Michael A. LaBollita, Esq., (ML-9985)
                                  150 East 18th Street, Suite PHR
                                              New York, NY 10003
                                                Phone: (212) 228-9795
                                                     Fax: (212) 982-6284
                                                    Michael@Gottlieb.legal

                                                     *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge